**Shawn Wayne HILL, Plaintiff–Appellant,**

v.

**Scott SIMMS, Sheriff; Sheryl Ross; Carl Petterson; Mark Wilt; Charles Denny; Jeff Fields; Mason County Sheriff's Department; Mason County, Defendants–Appellees.**

No. 10–7547.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 18, 2011.

Shawn Wayne Hill, Appellant Pro Se.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Wayne Hill appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Simms*, No. 3:07–cv–00349, 2010 WL 3852039 (S.D.W.Va. Sept. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*